# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

Civil Case No. 4:16-cv-03022-RGK-CRZ

PENN MILLERS INSURANCE COMPANY,

    Plaintiff,

        v.

DOUGLAS ALBERS; and
JOAN ALBERS.

    Defendants.

## ORDER RE: UNOPPOSED MOTION FOR LEAVE TO ALLOW CLIENT TO APPEAR VIA TELEPHONE AT MEDIATION

THIS MATTER comes before the Court on Plaintiff Penn Millers Insurance Company's Unopposed Motion for Leave to Allow Client to Appear via Telephone at Mediation.

The Court, being sufficiently advised of the premise thereof, orders that the Unopposed Motion for Leave to Allow Client to Appear Via Telephone at Mediation is **GRANTED** and the Court hereby enters an Order allowing a representative of Penn Millers Insurance Company to appear at mediation telephonically.

October 20, 2016.
                                                    BY THE COURT:

                                                    Cheryl R. Zwart
                                                    United States Magistrate Judge