IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PENN MILLERS INSURANCE COMPANY, | ) ) ) | 4:16CV3022 |
| Plaintiff, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| DOUGLAS ALBERS, and JOAN ALBERS, | ) ) ) | |
| Defendants. | ) ) | |

Pursuant to the parties' joint stipulation (Filing No. 48) and Fed.R.Civ.P. 41(a),

IT IS ORDERED that this action is dismissed with prejudice, without an award of attorney's fees and costs to either party.

DATED this 8th day of February, 2017.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge